UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                     CASE NO. 12-04713-JJG-13
ALLEN DAVID FREEMAN
DEMONA ANN FREEMAN

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rules of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full and the Debtor(s) has completed all payments under the plan.

**Name of Creditor**: OCWEN LOAN SERVICING, LLC

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 8 | 4836 / 2406 | $12378.19 | 12378.19 |

| | |
|---|---|
| Amt to Pay\Arrears | $12378.19 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $12378.19 |

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 8 | 4836 / 2406 | $120686.27 | 61413.21 |

| | |
|---|---|
| Amt to Pay\Arrears | $120686.27 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $61413.21 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  X   Through the Chapter 13 Conduit         Direct by the Debtor(s)

    Within 21 days of service of this Notice, the creditor MUST file and serve on the Debtor, Debtor's counsel, and the Trustee, pursuant to Fed.R.Bank.P.3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, cost or negative escrow amounts due, and whether, consistent with § 1322(b)(5), the Debtor is otherwise current on all payments, or be subject to further action of the Court.

    The statement shall itemize the required cure or post-petition amounts, if any, that the Creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed.R.Bank.P.3001(f). Failure to notify may result in sanctions.

                                                                       Respectfully Submitted,

April 12, 2017

                                                            /s/ Ann M.DeLaney
                                                            Ann M. DeLaney, Trustee
                                                            P.O. Box 441285
                                                           Indianapolis, IN  46244
                                                           Telephone: (317) 829-7360
                                                           Facsimile: (317) 829-7369
                                                           Email:anndelaney341@trustee13.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12 day of April, 2017.

ALLEN DAVID FREEMAN
DEMONA ANN FREEMAN
17373 PINEWOOD LANE
WESTFIELD, IN. 46074


LAW OFFICES OF MARK S ZUCKERBERG
429 N PENNSYLVANIA STREET
SUITE 100
INDIANAPOLIS, IN. 46204-0000

OCWEN LOAN SERVICING, LLC
ATTN:  CASHIERING DEPT.
P.O. BOX 24781
WEST PALM BEACH, FL. 33416-4781


OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
1661 WORTHINGTON RD, SUITE 100
WEST PALM BEACH, FL  33409



U.S. Trustee

                                                          /s/ Ann M. DeLaney
                                                Ann M. DeLaney, Trustee