UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                        CASE NO. 12-04713-JJG-13
ALLEN DAVID FREEMAN
DEMONA ANN FREEMAN
DEBTOR(S)

NOTICE OF PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor (s) has/have completed all payments under the confirmed Chapter 13 plan.

If the debtor(s) is/are eligible for a discharge, the debtor(s) is/are now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility on the Court's forms. Those forms are available at www.insb.uscourts.gov under Forms/Local/Chapter 13. (If applicable, the debtor(s) must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THESE REQUIRED PLEADINGS WITHIN 30 DAYS AFTER THE FILING OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE WITHOUT A DISCHARGE**

Respectfully submitted,

DATE: August 31, 2017

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN 46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Plan Completion has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on this date August 31, 2017:

U. S. Trustee        *via electronic mail*

LAW OFFICES OF MARK S ZUCKERBERG        *via electronic mail*

ALLEN DAVID FREEMAN: 17373 PINEWOOD LANE, WESTFIELD, IN 46074

DEMONA ANN FREEMAN: 17373 PINEWOOD LANE, WESTFIELD, IN, 46074

/s/Ann DeLaney
Ann DeLaney